AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

DAVID Cahill

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08-MJ-68M

I, DAVID Cahill, charged in a (complaint) (petition) pending in this District with bank robbery and ~~[illegible]~~ robbery affecting MD interstate commerce in violation of Title 18, U.S.C., 2113(a) and 1951(a), DC

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

David Cahill
Defendant

4/24/08
Date

[signature]
Counsel for Defendant