UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MISC. No. 1:08-MJ-68M |
| | : | |
| DAVID R. CAHILL | : | |

**ORDER**

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Zechariah Chafee, Assistant United States Attorney, appearing) and David R. Cahill (Mark Dana, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days to permit a determination of the full extent of any federal charges to be brought. The defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown.

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of thirty (30) days for the following reasons:

1. Both the United States and the defendant desire additional time to determine the full extent of the federal charges which will be brought in this case.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 20th day of May 2008

ORDERED that the time for indictment of the criminal conduct set forth in the above-captioned matter is continued from May 20, 2008 through June 19, 2008; and

IT IS FURTHER ORDERED that the period form May 20, 2008 through June 19, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L Martin

DAVID L. MARTIN
United States Magistrate Judge

Date: 5-20-08

CONSENTED TO:

Mark Dana, Esq.
Counsel for Defendant
David R. Cahill

ZECHARIAH CHAFEE
Assistant U.S. Attorney